UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON STEPHEN REDHEAD,

    Plaintiff,

  v.

UNITED STATES COURT OF APPEALS, et al.,

    Defendants.

Case No. 16-cv-01525-MEJ

**ORDER DISMISSING CASE**

On March 30, 2016, the Court dismissed Plaintiff Ron Stephen Redhead's Complaint with leave to amend by April 27, 2016. Dkt. No. 5. The Court warned Plaintiff that failure to file an amended complaint by April 27 would result in the dismissal of this case. Plaintiff has failed to file an amended complaint. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Dated: May 2, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge